In the Matter of THOMAS McMEEKAN, Appellant, against DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK et al., Respondents.

Argued April 21, 1937; decided May 25, 1937.

*Louis Susman* and *William Levin* for appellant.

*Paul Windels, Corporation Counsel (Edmund L. Palmieri, Julius Isaacs* and *Leonard M. Wallstein, Jr.,* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.